STATE OF NEW JERSEY v. MICHAEL X. HARRISON.

January 17, 1989.

Petition for certification granted.

DORA G. COOK v. JULEIGH BRINKENTON.

January 17, 1989.

Petition for certification denied.

ALEXANDER L. GARRON, ET AL. v. GIUSEPPE DILEO, ET AL.

January 17, 1989.

Petition for certification denied.

L. JEAN PROPERTIES, ET AL. v. BERKELEY TOWNSHIP ZONING BOARD OF ADJUSTMENT.

January 17, 1989.

Petition for certification denied.